1214

No. 91–734. NORTHWEST AIRLINES, INC. *v.* WEST, 504 U. S. 968;

No. 91–7225. RUGGLES *v.* CITY OF RIVERSIDE, 503 U. S. 947;

No. 91–7232. HOFMANN *v.* PRESSMAN TOY CORP. ET AL., 503 U. S. 963;

No. 91–7472. IN RE BALLARD, 504 U. S. 907;

No. 91–7495. ROMERO *v.* CALDWELL ET AL., 503 U. S. 993;

No. 91–7496. MABERY *v.* RODRIGUEZ ET AL., 503 U. S. 993;

No. 91–7523. GILL *v.* VIRGINIA, 503 U. S. 1008;

No. 91–7541. GRAY *v.* SILVA ET AL., 503 U. S. 1008;

No. 91–7561. SCOTT *v.* VETERANS ADMINISTRATION ET AL., 504 U. S. 918;

No. 91–7851. COFIELD *v.* OFFICE OF PERSONNEL MANAGEMENT, 504 U. S. 959;

No. 91–7893. STOIANOFF *v.* FRANCIS ET AL., 504 U. S. 959;

No. 91–7924. TAYLOR *v.* DUCKWORTH, WARDEN, ET AL., 504 U. S. 960;

No. 91–7926. IN RE THOMAS, 504 U. S. 954;

No. 91–7941. HENTHORN *v.* UNITED STATES, 504 U. S. 928; and

No. 91–7970. KELLEY *v.* UNITED STATES, 504 U. S. 929. Petitions for rehearing denied.

No. 91–6917. LANE *v.* PARRIS ET AL., LANE *v.* STARR, JUDGE, and LANE *v.* TUNNELL ET AL., 502 U. S. 1116; and

No. 91–7371. CRAWFORD *v.* DISTRICT OF COLUMBIA BOARD OF PAROLE, 503 U. S. 990. Motions of petitioners for leave to file petitions for rehearing denied.

JUNE 23, 1992

No. 91–8500. BLACKSHIRE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

JUNE 29, 1992

No. 91–1270. RICHARDS, GOVERNOR OF TEXAS, ET AL. *v.* TERRAZAS ET AL. Affirmed on appeal from D. C. W. D. Tex.